# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**E.DIGITAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**ZTE CORPORATION, ZTE (USA) INC., PANTECH WIRELESS, INC., PANTECH CO. LTD., and WOODMAN LABS INC.,**
*Defendants-Appellees.*

**2014-1239, 1242, 1243**

Appeals from the United States District Court for the Southern District of California in No. 3:13-cv-00781-DMS-WVG, Judge M. Sabraw

## NOTICE OF CORRECTION FOR DEFENDANTS-APPELLEES PANTECH WIRELESS, INC. AND PANTECH CO. LTD.

Please note that Defendants-Appellees Pantech Wireless Inc. and Pantech Co. Ltd. corrected their Opening Brief to the correct caption, as instructed by the Court's Clerk's Office.

| | |
|---|---|
| Dated: June 10, 2014 | Respectfully submitted, |
| */s/ Kevin M. O'Brien* | BAKER & McKENZIE LLP |
| Kevin M. O'Brien | 815 Connecticut Avenue, N.W. |
| D. James Pak | Washington, DC 20006 |
| Matt Dushek | *Counsel for Defendants-Appellees* |
| Yi Fang | *Pantech Co., Ltd. and* |
| | *Pantech Wireless, Inc.* |

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Jun 10, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Yi Fang | /s/ Yi Fang |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Baker & McKenzie LLP
Address: 815 Connecticut Avenue, N.W.
City, State, ZIP: Washington, D.C. 20006
Telephone Number: 202-452-7000
FAX Number: 202-452-7074
E-mail Address: yi.fang@bakermckenzie.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.